UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BKWSPOKANE, LLC, a Washington limited liability company,<br><br>  Plaintiff,<br><br>  v.<br><br>COLUMBIA STATE BANK, N.A., a Washington banking corporation,<br><br>  Defendant. | NO. CV-12-171-EFS<br><br>**ORDER DISMISSING CASE AND CLOSING FILE** |

This matter comes before the Court on the parties' Stipulated Dismissal Without Prejudice. ECF No. 21. Therein, the parties jointly ask the Court to dismiss this matter without prejudice and without an award of costs or attorney's fees to either party.

Based on the parties' stipulation, **IT IS HEREBY ORDERED**:

1. This matter is **DISMISSED without prejudice** and with each party to bear their own costs and fees.

2. This file shall be **CLOSED** and all pending motions, hearings, and deadlines **STRICKEN**.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and distribute copies to counsel.

**DATED** this   9th    day of May 2012.

                    S/ Edward F. Shea
                    EDWARD F. SHEA
                United States District Judge

Q:\Civil\2012\171.stip.dismiss.lc2.wpd

ORDER * 1